C. F. PAUL, *Publisher.*]......$1.00 PER ANNUM......[O. L. BARBOUR, *Reporter.*

**Vol. VI.]**     SARATOGA SPRINGS, MAY 25, 1846.     **[No. 3,**

## Court of Chancery.

### DECISIONS OF THE CHANCELLOR,

MAY 25, 1846.

*Peter Cogger* v. *Launcelot Howard.*   J. RHODES, for complainant; W. C. NOYES, for defendant. Order declaring defendant to be in contempt for not complying with the order of the court and the decision of the master to deliver over property; and directing that he be committed until he shall have delivered over the property and paid a fine of $25 to cover the costs, besides the sheriff's fees.

*Elizabeth B. Coleman* v. *Shadrach Harmon et al.*   J. A. VERPLANK, for appellants, ; J. G. HOYT, for respondent.— Order appealed from affirmed with costs. Defendants to have the same time after the entry of the decree of affirmance, to put in their further answers that they had at the time of the service of the appeal, if the proceedings have been stayed by the appeal.